# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 06-mj-01082-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE MANUEL PELAYO ORTEGA,

    Defendant.

## ORDER CONTINUING COMPETENCY HEARING

**Blackburn, J.**

This matter is before me on the defendant's **Motion to Vacate Competency Hearing** [#16], filed June 19, 2006. The motion is granted, and the competency hearing currently set for June 30, 2006, at 1:30 p.m., is vacated and reset to September 1, 2006, at 3:30 p.m.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion to Vacate Competency Hearing** [#16], filed June 19, 2006, is **GRANTED**;

2. That, **as previously ordered by the court**, the defendant, who is in the custody of the Attorney General, **SHALL BE PLACED FORTHWITH** at a suitable facility, as defined by 18 U.S.C. § 4247(a)(2), for a period not to exceed thirty (30) days to facilitate the examination and to implement the orders of this court;

3. That pursuant to 18 U.S.C. 4241(a), and unless continued for good cause, a hearing to determine the competency of the defendant shall be held conducted

on **September 1, 2006, at 3:30 p.m.**, at which time counsel and the defendant shall appear without further notice or order from the court;

    4. That prior to the competency hearing and pursuant to the provisions of 18 U.S.C. § 4247(b), a psychiatric examination shall be conducted by a licensed or certified psychiatrist;

    5. That the licensed or certified psychiatrist conducting the psychiatric examination shall be granted reasonable access to the defendant to facilitate the examination and to implement the orders of this court;

    6. That pursuant to the provisions of 18 U.S.C. § 4247(c), at the conclusion of the examination of the defendant, a psychiatric report shall be prepared by the designated examiner and shall be filed with the court, with copies to be provided to counsel for the government and the defendant;

    7. That pursuant to the provisions of 18 U.S.C. § 4247(c)(1)-(4),[1] the psychiatric report shall include the following:

    a. The defendant's history and present symptoms;

    b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

    c. The examiner's findings;

    d. The examiner's opinions as to the diagnosis and prognosis; and

    e. The examiner's opinion about whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

8. That no statement made by the defendant in the course of the psychological examination shall be admissible as evidence against the defendant on the issue of guilt in any criminal procedure; and

9. That pursuant to 18 U.S.C. 3161(h)(1)(A), the period of delay resulting from the psychiatric examination and the subsequent judicial proceeding to determine the mental competency of the defendant shall be excluded from the calculation of speedy trial.

Dated June 29, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**