**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 06-mj-01082-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE MANUEL PELAYO ORTEGA,

      Defendant.

**ORDER DETERMINING COMPETENCY**

**Blackburn, J.**

On September 21, 2006, this matter came before me for competency hearing under 18 U.S.C. §§ 4241 and 4247(d), for determination of the defendant's competency, *vel non*. The determination of the mental competency of a defendant in a criminal case is governed by 18 U.S.C. § 4241, as codified and construed. I find that defendant is competent to proceed.

Having judicially noticed all relevant adjudicative facts in the file and record *pro tanto*; having considered the evidence adduced during the competency hearing; and having considered any reasons stated, arguments advanced, and authorities cited by the parties; I enter the following findings of fact,[1] conclusions of law, and orders to confirm, expatiate, and supplement those entered from the bench in open court.

      **FINDINGS AND CONCLUSIONS:**

      1. On May 3, 2006, I entered an **Order Granting Defendant's Motion**

---

[1] My findings of fact are supported by a preponderance of the evidence as required, in part, by 18 U.S.C. § 4241(d).

[*sic*] **Determination of Competency** [#16].

    2. Pursuant to my order and 18 U.S.C. § 4247(b), Cynthia A. Low, PhD., and Katherine Skillestad, PhD., conducted a psychological examination of the defendant. On September 5, 2006, I received the competency examination report dated August 25, 2006, of Dr. Low and Dr. Skillestad. The report[2] included the information, diagnoses, and opinions required pursuant to the provisions of 18 U.S.C. § 4247(c)(1)-(4). I approve, adopt, and incorporate those findings, diagnoses, and opinions.

    3. At the September 21, 2006, competency hearing the parties stipulated that I could receive the competency examination report in evidence and that I could determine the issue of competency based on the extant record without further evidence or hearing. The defendant waived his right to further hearing, his right to testify, and his right to present further evidence.

    4. The defendant is not presently suffering from a mental disease or defect[3] rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or unable to assist properly in his defense. Therefore, the defendant is presently competent to proceed.

    4. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of delay resulting from these competency proceedings should be excluded in computing the time within which the trial must commence under 18 U.S.C. § 3161(c).

---

[2] The forensic report is entitled, "Federal Detention Center Seatac, WA Forensic Evaluation," and was admitted in evidence by stipulation as "Court's Exhibit 1."

[3] The diagnoses are stated on pages 12 and 13 of her report.

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant, **Jose Manuel Pelayo Ortega**, is declared competent to proceed ;

2. That pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of delay resulting from these competency proceedings shall be excluded in computing the time within which trial must commence under 18 U.S.C. § 3161(c); and

3. That this case is remanded and referred to the criminal duty Magistrate Judge for further proceedings consistent with this order; provided, furthermore, counsel for the government and defense shall contact the criminal duty Magistrate Judge as soon as practicable to set and schedule this matter for a detention hearing.

Dated September 21, 2006, at Denver, Colorado, in chambers to confirm, expatiate, and supplement the findings of fact, conclusions of law, and orders entered from the bench in open court on September 21, 2006.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**