**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-mj-01082-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1 JOSE MANUEL PELAYO ORTEGA,

    Defendant.

MINUTE ORDER[1]

    Defendant's **Motion to Lift Stay on Competency Hearing** [#23], filed September 21, 2006, is GRANTED.

Dated: September 22, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.